IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Criminal Action No. 1:20-cr-00092-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL RAYMOND TRUJILLO, a/k/a Paul Raymond Murdow,
a/k/a Paul Murdow-Trujillo,

    Defendant.

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture (Doc. 54).

Having considered the motion and applicable law, the Court finds as follows:

That on March 12, 2020, the grand jury charged defendant Paul Raymond Trujillo in Count 1 with violation of 18 U.S.C. § 922(g)(1), possession of a firearm and ammunition by a prohibited person;

That the Indictment (Doc. 1) also sought forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

That on June 14, 2021, pursuant to a Plea Agreement, the Defendant entered a plea of Guilty to Count 1 of the Indictment;

That on October 6, 2021, the Court entered a Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2 (Doc. 48);

1

That on October 7, 2021 the Defendant was sentenced, and on October 12, 2021 the Court entered judgment (Doc. 52), which included the forfeiture order;

That the United States has published and provided notice of the Preliminary Order of Forfeiture in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and 21 U.S.C. § 853(n);

That no third party has filed a timely petition asserting any interest in the property to be forfeited, and the time for doing so has expired; and

That it appears there is cause to issue a final forfeiture order pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and Federal Rule of Criminal Procedure 32.2.

Accordingly, it is ORDERED that:

The United States' Motion for Final Order of Forfeiture (Doc. 54) is GRANTED;

Judgment of forfeiture of the Jimenez Arms model JA .380 caliber pistol with serial number 150184 and ammunition recovered on December 20, 2019 is entered in favor of the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and Federal Rule of Criminal Procedure 32.2, free from the claims of any other party; and

The United States will have full and legal title to the forfeited pistol and ammunition and may dispose of those assets in accordance with the law.

DATED: February 23, 2022  BY THE COURT:

_____
Hon. Daniel D. Domenico

3